Monday 29 of April 2024

United States District Court for The District of Puerto Rico

Motion To Law Suit Luma Energy, LLC y Luma Energy ServCo, LLC       Case # _____

Edgardo Maldonado Arce           Relief seek $1,000,000
A5c Res Mira Palmeras,            million Dollars
San Juan, Puerto Rico,
         00915                    Judge _____
      V.

Luma Energy, LLC y
Luma Energy ServCo,
LLC, P.O. Box 71524, San
Juan, Puerto Rico, 00936-8624

I = Edgardo Maldonado Arce need Help To Law Suit The Electrical Energy Company Luma and Luma ServCo LLC Because They Acuse me of put in a Theff = Pillo on mine contador that measures electricity and they acuse me of stealing the electricity and they send me a order of protection agains mine own contador for measure electricity in mine own house them they send me a second letter and they them say that they never, ever make a false acusation against me and with these motion I have attach 2 exibits = Exibit #1 and Exibit #2 that prove the false acusations and Difametion Against me plus they own me $500.00 Dollars for House Damage for higth voltage and short voltage.

att
Edgardo Maldonado