# Exibit #1

Page (1)

Page (2)

Page (3)

EXIBIT #1 Page 1

NEPR

Received:

Aug 31, 2023

5:26 PM

**GOBIERNO DE PUERTO RICO**
**JUNTA REGLAMENTADORA DE SERVICIO PÚBLICO**
**NEGOCIADO DE ENERGÍA DE PUERTO RICO**

| | |
|---|---|
| EDGARDO MALDONADO ARCE<br>**QUERELLANTE**<br><br>**V.**<br><br>LUMA ENERGY, LLC Y LUMA ENERGY SERVCO, LLC<br>**QUERELLADO** | **CASO NÚM.** NEPR-QR-2023-0092/95<br><br>**ASUNTO:** Moción de desestimación |

**MOCIÓN DE DESESTIMACÍON**

**AL HONORABLE NEGOCIADO DE ENERGÍA DE PUERTO RICO:**

**COMPARECEN** LUMA Energy ServCo, LLC ("LUMA ServCo") y LUMA Energy, LLC ("LUMA Energy"), (en adelante colectivamente "LUMA") por conducto de la representación legal que suscribe quien, muy respetuosamente, **EXPONE, ALEGA y SOLICITA:**

## I- INTRODUCCIÓN

1. La Querella en el caso de epígrafe fue presentada ante este Honorable Negociado de Energía de Puerto Rico ("Negociado") 16 de junio de 2023. Sin embargo la misma no fue notificada a LUMA a la dirección correcta, adviniendo LUMA en conocimiento de esta mediante Orden emitida el 10 de agosto de 2023 en la cual se nos ordenó a contestar, so pena de anotarse la rebeldía.

2. En síntesis, la reclamación traída en esta querella versa sobre una impugnación de factura en la cuenta 7154432000.

3. El remedio solicitado en la querella es que LUMA Energy "borre la deuda e investigue sobre las sobrecargas y bajones de luz", entre otros remedios que no proceden.

4. Según el querellante, este no entiende porque LUMA le ha facturado mas de los $4 que normalmente paga mensualmente. Cabe mencionar que el cliente no es acreedor de tarifa de medición neta, lo cual seria la única manera en que recibiría dicha cuantía como factura mensual. Tal cuantía corresponde a los cargos administrativos mínimos cuando un cliente acogido a medición neta exporta mas kilovatios de los que

EXIBIT #1 Page 2

consume.

5. Las facturas recibidas por el cliente de $4 claramente se debían a un error en la lectura del contador. Razón por la cual procedió una refacturación para corregir las mismas.

6. Ahora bien, la razón por la cual el querellante tenía un error en sus lecturas mensuales se debió a que el contador localizado en la propiedad había sido alterado de manera ilegal. Dicha situación ha sido reportada a la División de Irregularidades Energéticas para investigación y posible referido al Departamento de Justicia para la radicación de cargos criminales. Véase Anejo 1.

7. Luego de identificar el contador alterado, LUMA reemplazó el mismo y con las lecturas obtenidas del medidor nuevo, se procedió con la refacturación objetada. Véase Anejos 2 y 3 – Cartas Nivel 1 y 2 de Proceso Informal Ley-57.

## DERECHO APLICABLE

## REGLAMENTO DE TÉRMINOS Y CONDICIONES GENERALES PARA EL SUMINISTRO DE ENERGÍA ELÉCTRICA

**7982- 14 de enero de 2010**

SECCIÓN IX: USO DE LA ELECTRICIDAD POR El CLIENTE

Artículo A: Intervención con el Equipo de Medición

1. Los contadores o medidores (metros) y cualquier otro equipo o material suministrado o instalado por la Autoridad permanecen como de su propiedad, y ésta tiene el derecho a desmontar, desconectar, inspeccionar, reparar o sustituir tales equipos y materiales en cualquier momento que lo considere necesario. Queda prohibido al cliente y a cualquier otra persona que no sea empleado de la Autoridad accionar, manipular o intervenir el equipo de medición, los conductores, transformadores, sellos y aros de los contadores o medidores (metros) o cualquier otro artefacto que forme parte de la instalación de la Autoridad. Cuando la intervención se efectúa por la Autoridad a solicitud y en interés exclusivo del cliente, éste paga los costos de tal intervención.

ExibiT #1 Page (3)

SECCIÓN XI: USO INDEBIDO DE LA ENERGIA ELÉCTRICA

Artículo A: Investigación de Uso Indebido

Cuando se detecte una situación de uso indebido, la Autoridad puede denunciar la misma ante las autoridades pertinentes. El cliente o usuario o aquella otra persona natural o jurídica que se haya aprovechado de energía eléctrica no medida o no facturada está obligado a pagar los gastos de investigación, de eliminar la condición detectada y pagar cualquier multa que le sea impuesta. El cliente o cualquier usuario o usuario no autorizado que se haya aprovechado indebidamente del servicio es responsable de pagar a la Autoridad el importe del estimado que ésta haga de la energía eléctrica dejada de registrar por el medidor o contador (metro) y que no se facturó.

Articulo B: Notificación de Cargos

Cuando se detecta una condición de uso indebido, los empleados que la detecten proceden a recopilar la evidencia y a corregir o eliminar la condición detectada. Esta información se notifica a la oficina comercial. El Gerente de la oficina comercial puede presentar una querella contra el cliente, usuario o usuario no autorizado bajo las disposiciones de la Ley Núm. 170 del 12 de agosto de 1988, según enmendada, Ley de Procedimiento Administrativo Uniforme. La Autoridad puede solicitar en dicha Querella que se ordene al cliente, usuario o usuario no autorizado el pago de la cuantía que se determine fue consumida y no registrada por el equipo de medición. El Juez Administrativo también puede ordenar la suspensión del suministro de energía eléctrica en caso de que el cliente no cumpla con el pago ordenado. El cliente, usuario o usuario no autorizado está obligado a pagar los gastos administrativos, además de cualquier multa administrativa que se imponga como resultado de dicho proceso.

Articulo C: Uso Indebido que Amenaza la Seguridad de Vidas o la Propiedad

Si la condición de uso indebido detectada es una que amenaza la seguridad de vidas o propiedades, y que no puede corregirse o eliminarse sin la suspensión del servicio, o si el servicio ha sido conectado sin que exista un contrato o solicitud previa y sin que el mismo se facture, la Autoridad procede con la suspensión de inmediato. En estos casos, si existe un contrato para el suministro del servicio, la Autoridad notifica al cliente inmediatamente la condición detectada y la acción tomada. El cliente puede solicitar revisión de la determinación de la Autoridad según el procedimiento dispuesto en la Sección XVII de este Reglamento. Si el cliente corrige la condición a satisfacción de la Autoridad, se le restablece el servicio mientras se dilucida su revisión. La Autoridad procederá conforme a ley contra toda persona que no tiene contrato con ésta.

*A. Regla 10.2 de Procedimiento Civil*

Como establece la Regla 10.2 de Procedimiento Civil[1], antes de presentar una alegación responsiva, la parte demandada puede instar una moción en la que solicite la desestimación de la demanda instada en su contra y entre sus razones está la de dejar de exponer una reclamación que justifique la concesión de un remedio; *Aut. de Tierras v. Moreno & Ruiz*

[1] 32 LPRA Ap. V

# ExibiT#2

Page (1)

Page (2)

EXIBIT #2 

**GOBIERNO DE PUERTO RICO**
**JUNTA REGLAMENTADORA DE SERVICIO PÚBLICO**
**NEGOCIADO DE ENERGÍA DE PUERTO RICO**

NEPR

Received:

Nov 20, 2023

3:16 PM

EDGARDO MALDONADO ARCE
**DEMANDANTES**

v.

LUMA ENERGY LLC,
LUMA ENERGY SERVCO, LLC
**DEMANDADOS**

CASO NÚM.: NEPR-QR-2023- 0190 / 0191 / 0192 / 0193

SOBRE: OBJECION DE FACTURAS

**MOCION EN SOLICITUD DE CONSOLIDACIÓN DE CASOS Y SOLICITUD DE EXTENSIÓN DE TÉRMINO PARA PRESENTAR ALEGACIÓN RESPONSIVA**

**AL HONORABLE TRIBUNAL:**

COMPARECEN, Luma Energy, LLC y Luma Energy ServCo, LLC (en adelante "LUMA") por conducto de la representación legal que suscribe, y muy respetuosamente, **EXPONE y SOLICITA:**

1. El 31 de octubre de 2023, recibimos CUATRO (4) querellas presentadas por el querellante de epígrafe.

2. Tres de las querellas presentadas NEPR-QR-2023-(0190, 0191, 0192) versan sobre idénticas alegaciones de hechos. La cuarta querella (0193) es una solicitud de daños por una alegada expresión difamatoria que nunca ocurrió, ni es este el foro apropiado para presentar dicha reclamación.

3. Siendo que las cuatro querellas presentadas versan sobre la misma situación de hechos, para efectos de economía procesal, se solicita la consolidación de estas en un solo caso.

4. El pasado viernes 17 de noviembre de 2023, el abogado suscribiente sufrió fuertes dolores de pecho, tuvo que ser atendido de urgencia y al presente se encuentra siendo sometido a estudios y tratamientos para atender su condición de salud.

5. Por tal razón, a pesar de nuestra intención de así hacerlo, no hemos logrado concretar nuestro escrito responsivo a las querellas presentadas.

6. Por tanto, muy respetuosamente se solicita un breve término adicional de 20 días, o hasta el 11 de diciembre de 2023, para presentar alegación responsiva a las querellas en referencia.

**POR LO CUAL,** muy respetuosamente solicitamos a este Honorable Negociado que tome conocimiento sobre lo antes informado, consolide los casos NEPR-QR-2023-(0190, 0191, 0192 y

EXIBIT #2 Page (2)

0193), y conceda la prórroga solicitada.

**RESPETUOSAMENTE SOMETIDO.**

**CERTIFICO** que este escrito ha sido presentado a la secretaria del Negociado de Energía a través del Sistema de radicación electrónica https://radicacion.energia.pr.gov/, mediante el cual el Negociado y las partes que hayan comparecido recibirán notificación. Certifico además que copia fiel y exacta de este escrito se enviará a la parte Querellante a la dirección provista en las querellas.

En San Juan, Puerto Rico, hoy 20 de noviembre de 2023

**LUMA**
División Legal
PO Box 364267
San Juan, Puerto Rico 00936-4267
(787) 349-2368
Carlos.RamirezIsern@lumapr.com

***f/Carlos R Ramírez Isern***
RUA: 20676