**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Edgardo Maldonado-Arce<br><br>    Plaintiff<br><br>       v.<br><br>Luma Energy, LLC., et al<br><br>    Defendants | Civil No. 24-1213 (RAM) |

**JUDGMENT**

On August 2, 2024, Plaintiff filed a Motion for Voluntary Dismissal Without Prejudice (Docket No. 15). In accordance with the Order entered today (Docket No. 16), judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of August, 2024.

                                              s/Raúl M. Arias-Marxuach
                                              RAÚL M. ARIAS-MARXUACH
                                              UNITED STATES DISTRICT JUDGE